IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN R. BUTCHER                                                                    PLAINTIFF

v.                                           Case No. 1:25-cv-01078

DEXTER PAYNE, *Director*
*of the Arkansas Division of Correction*                          DEFENDANT

## **ORDER**

Before the Court is a Report and Recommendation filed on May 8, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 26.  Judge Singleton finds that Plaintiff's petition for habeas corpus is time-barred.  Thus, Judge Singleton recommends that the Court deny Plaintiff's petition for habeas corpus, dismiss this habeas action with prejudice, and deny any Certificate of Appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

Plaintiff has not responded to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 26) *in toto*.  Accordingly, the Court finds that Plaintiff's section 2254 habeas petition should be and hereby is **DENIED AND DISMISSED WITH PREJUDICE**.  No certificate of appealability will issue.

**IT IS SO ORDERED**, this 4th day of June, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge